UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| IN RE:<br><br>Lindsay Sturm and Sean Sturm,<br><br>Debtors. | Chapter 7<br>Case Number: 25-01022-lmj7<br><br>**STIPULATION ON MOTION FOR RELIEF FROM AUTOMATIC STAY** |
|---|---|

COME NOW Creditors, Joseph Kaissi and Sahar Kaissi, and hereby stipulate with counsel for Debtor, Lindsey Sturm, D.O., as follows:

1. Lindsey Sturm D.O. hereinafter, "Debtor", filed for Chapter 7 bankruptcy protection on June 14, 2025, automatically staying litigation against Debtor, including a medical negligence lawsuit in which Debtor and Creditors are parties and which is set for trial to begin September 9, 2025 at the Story County courthouse located in Story County, Iowa.

2. Creditors Joseph and Sahar Kaissi filed their Motion For Relief From Stay on June 25, 2025.

3. Counsel for Debtor filed his Objection To Motion For Relief From Stay on July 2, 2025.

4. Creditors agree to satisfy any judgment relative to this claim through insurance proceeds, only, from a malpractice liability insurance policy written by the Medical Protective Company and for the benefit of Debtor Lindsay Sturm.

5. Creditors, and each of them, will not make additional claims or attempt to satisfy claims from any property or assets of the debtor but agree to have their judgment, if any, or settlement, if any, satisfied out of the available insurance proceeds as described in their motion for relief of stay.

6.  Relief from stay shall be granted for the limited purpose of permitting Creditor to pursue the insurance policy proceeds without limiting, reducing or impairing other potential creditors' rights to available insurance proceeds from the Medical Protective Company policy.

7.  Hearing is set on Creditors' Motion for July 14, 2025 at 4:00 p.m. The parties agree to the Court entering an Order granting Creditors' relief from stay pursuant to the terms of this stipulation without need for the hearing.

/s/ Timm W. Reid
TIMM W. REID AT0006547
REID LAW FIRM, P.L.L.C.
100 Court Avenue, Suite 315
Des Moines, Iowa, 50309
Telephone: (515) 381-9842
Facsimile: (515) 219-8746
Email: timm@treidlawfirm.com

ATTORNEY JOSEPH KAISSI AND SAHAR KAISSI

/s/ Randall L. Jackson
Randall L. Jackson, AT0003772
ELLIS LAW OFFICES, P.C.
2007 North 6th St.
Indianola, Iowa 50125
(515) 962-9080 Telephone
(515) 961-2779 Fax
Randy@ellislawpc.com

ATTORNEY FOR DEBTOR LINDSAY STURM

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed with the Clerk of Court using the electronic filing system on July 10, 2025, which will send notification of such filing to all counsel of record.

/s/ Heather Bauman, Legal Assistant