UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF IOWA

| IN RE:<br><br>Lindsay Sturm and Sean Sturm | Chapter 7<br>Case Number: 25-01022-lmj7<br><br>STIPULATION ON MOTION FOR RELIEF FROM AUTOMATIC STAY |
|---|---|

COME NOW Creditors, Sandra Quade, individually and as executor of the estate of Angela Kettwig, and Gary Quade and hereby stipulate with counsel for Debtor, Lindsay Sturm, D.O., as follows:

1. Lindsay Sturm D.O. hereinafter, "Debtor", filed for Chapter 7 bankruptcy protection on June 14, 2025, automatically staying litigation against Debtor, including a medical negligence lawsuit in which Debtor and Creditors are parties and which is set for trial to begin February 10, 2026 at the Story County courthouse located in Story County, Iowa.

2. Creditors Sandra and Gary Quade filed their Motion For Relief From Stay on July 8, 2025.

3. Counsel for Debtor filed his Objection To Motion For Relief From Stay on July 15, 2025.

4. Creditors agree to satisfy any judgment relative to this claim through insurance proceeds, only, from a malpractice liability insurance policy written by the Medical Protective Company and for the benefit of Debtor Lindsay Sturm.

5. Creditors, and each of them, will not make additional claims or attempt to satisfy claims from any property or assets of the debtor but agree to have their judgment, if any, or settlement, if any, satisfied out of the available insurance proceeds as described in their motion for relief of stay.

1

6. Relief from stay shall be granted for the limited purpose of permitting Creditor to pursue the insurance policy proceeds without limiting, reducing or impairing other potential creditors' rights to available insurance proceeds from the Medical Protective Company policy.

7. Hearing is set on Creditors' Motion for July 28, 2025 at 4:00 p.m. The parties agree to the Court entering an Order granting Creditors' relief from stay pursuant to the terms of this stipulation without need for the hearing.

Respectfully submitted,

JSC LEGAL
Attorneys for Sandra and Gary Quade

BY: /s/ *James H. Cook*
James H. Cook, AT0001622
Erich D. Priebe, AT0012350
1205 Technology Parkway
Cedar Falls, IA  50613
Phone: (319) 260-4471
Fax:    (319) 260-4499
Email: jcook@jsclegal.com
Email: epriebe@jsclegal.com

/s/ Randall L. Jackson
Randall L. Jackson, AT0003772
ELLIS LAW OFFICES, P.C.
2007 North 6th St.
Indianola, Iowa 50125
(515) 962-9080 Telephone
(515) 961-2779 Fax
Randy@ellislawpc.com

ATTORNEY FOR DEBTOR LINDSAY STURM

**PROOF OF SERVICE**
The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings, on the 24th day of July 2025.

By:  ____ U.S. Mail          ____ FAX
     ____ Hand Delivered     ____ UPS
     ____ Federal Express    ____ E-mail
     _X_ EFC System Participant (Electronic Service)

Signature  /s/ *D. Lienau*