IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>LINDSAY STURM and<br>SEAN STURM,<br><br>      Debtor(s). | Chapter 7 Case No. 25−01022-lmj7<br><br>**OBJECTION TO MOTION FOR COMPROMISE** |

COMES NOW the Debtors, through counsel, and hereby objects to the Motion for

Compromise at Docket No. 63 stating as follows:

1.    The motion by its phrasing may inadvertently limit or omit inclusion of all terms of the proposed compromise.

2.    The proposed compromise should include all stock shown on A/B No. 18 & 19, except for Lindsay Sturm's interest in Ames MOB LLC which interest remains undetermined and unresolved.

3.    To the extent that the Notice of And Motion for Compromise does not reflect resolution of the above items as part of the "Property", Debtors assert that the Notice of And Motion for Compromise or Settlement of Controversy should be amended or withdrawn and refiled to correct and/or clarify the terms of the compromise as to the personal assets and property.

WHEREFORE, the Debtors objects to the Notice of And Motion for Compromise or

Settlement of Controversy for the reason that it does not fully state the terms.

/s/ Randall L. Jackson
Randall L. Jackson, AT0003772
2007 North 6th St.
Indianola, Iowa 50125
(515) 962-9080 Telephone
(515) 961-2779 Fax
Randy@ellislawpc.com
ATTORNEY FOR DEBTORS

**CERTIFICATE OF SERVICE**: By signing below, the attorney certifies that on the 25th day of September 2025, this Document was filed electronically in the United Stated Bankruptcy Court, or the Southern District of Iowa. The parties listed below received notice electronically.

/s/ Randall L. Jackson
Randall L. Jackson, AT0003772