# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>Lindsay Sturm and Sean Sturm,<br><br>Debtors. | Chapter 7<br>Case Number: 25-01022-lmj7<br><br>**STIPULATION ON MOTION FOR RELIEF FROM AUTOMATIC STAY** |

COME NOW Creditor, Felecia Hildreth, and hereby stipulates with counsel for Debtor, Lindsay Sturm, D.O., as follows:

1. Lindsay Sturm D.O. hereinafter, "Debtor", filed for Chapter 7 bankruptcy protection on June 14, 2025, automatically staying litigation against Debtor, including a medical negligence lawsuit in which Debtor and Creditor are parties filed November 6, 2025 in Story County, Iowa.

2. Creditor Felecia Hildreth filed her Motion For Relief From Stay on December 4, 2025.

3. Creditor agrees to satisfy this claim and any judgment related thereto through insurance proceeds, only, from a malpractice liability insurance policy written by the Medical Protective Company and for the benefit of Debtor Lindsay Sturm.

4. Creditor will not make additional claims or attempt to satisfy claims from any property or assets of the debtor but agrees to have her judgment, if any, or settlement, if any, satisfied out of the available insurance proceeds as described in her motion for relief of stay.

5. Relief from stay shall be granted for the limited purpose of permitting Creditor to pursue the insurance policy proceeds without limiting, reducing, or impairing other potential creditors rights to available insurance proceeds from the Medical Protective Company policy.

6.      The parties agree to the Court entering an Order granting Creditor's relief from stay pursuant to the terms of this stipulation without need for the hearing.

For Movant:          /s/ Chad R. Frese
Chad R. Frese AT0002704
Kaplan and Frese, LLP
111 E Church Street Marshalltown, Iowa 50158
Phone (641) 753-5549
Fax (641) 753-0962
chad@kaplanfrese.com
ATTORNEY FOR MOVANT

For Debtor:          /s/ Randall L. Jackson
Randall L. Jackson, AT0003772
ELLIS LAW OFFICES, P.C.
2007 North 6th St.
Indianola, Iowa 50125
(515) 962-9080 Telephone
(515) 961-2779 Fax
Randy@ellislawpc.com
ATTORNEY FOR DEBTOR LINDSAY STURM