SD IA-200 (12/09)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | CASE NO. 25-01022-lmj7 |
| LINDSAY STURM, | ) | |
| SEAN STURM, | ) | NOTICE AND REPORT OF |
| Debtors. | ) | ABANDONMENT OF PROPERTY |
| | ) | AND BAR DATE NOTICE 05/13/26 |
| | ) | |

The undersigned Trustee of the estate of the Debtor(s) named above, subject to objection pursuant to Federal Rules of Bankruptcy Procedure, Rule 6007, will abandon the following property of the estate:

Any and all interest in the Debtors' ownership interest in Sturm Cosmetic Surgery, PC.

The Trustee is satisfied that the above-described property is burdensome or of inconsequential value to the estate because:

All of the Debtor(s) property is exempt, or non-exempt and impaired by liens that exceed the value of the property or reduce the equity to the level at which there is no substantial benefit to the bankruptcy estate so as to justify the administration of said assets.

NOTICE IS HEREBY GIVEN, any objections thereto must be served on the undersigned Trustee at the address listed below; the United States Trustee at 210 Walnut Street, Room 793, Des Moines, Iowa 50309-2108; Debtor(s), and Debtor(s)' counsel.  Any objection must be filed with the Clerk of Bankruptcy Court at 111 Locust Street, Office 320, Des Moines, Iowa 50309 within 14 days of the date of this report.

/s/ Charles L. Smith
Charles L. Smith, Trustee AT0007415
Telpner Peterson Law Firm, LLP
25 Main Place, Suite 200
Council Bluffs, IA  51503
Telephone: (712) 325-9000
Facsimile: (712) 328-1946
E-mail:  csmith@telpnerlaw.com