UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | CASE NO. 25-01022-lmj7 |
| LINDSAY STURM AND SEAN STURM, | ) | |
| Debtors. | ) | NOTICE OF AND MOTION FOR |
| | ) | COMPROMISE OR SETTLEMENT OF |
| | ) | CONTROVERSY AND BAR DATE |
| | ) | NOTICE (10/7/26) (Bar Date) |

The undersigned Trustee has entered into a compromise or settlement of controversy as described below and moves the Court to approve said compromise or settlement of controversy as follows:

1. The Trustee has filed an Adversary Proceeding against Noon Capital, LLC (Case No. 25-30032-lmj7).

2. The Trustee and Noon Capital, LLC have agreed to compromise the disputes raised in the aforesaid adversary proceeding.

3. Under the terms of the compromise:

a) The Trustee will dismiss the aforesaid adversary proceeding with prejudice;

b) The Trustee shall withdraw, remove, and terminate the Trustee's Affidavit Explanatory of Title asserting a right to the sale proceeds of the vacant lot at 1415 Baltimore Drive, Ames, Iowa, by delivering to Noon Ames, LLC a quitclaim deed and any such other documentation reasonably required and necessary to nullify and cancel the Trustee's recorded interest in said vacant lot, and the Trustee hereby releases any claim of interest held by the Debtors' bankruptcy estate in and to said vacant lot or any proceeds therefrom.

c) The Trustee and Noon Capital, LLC agree to split, on a 50/50 basis, any and all proceeds from the sale of the medical office facility located at 1405 Baltimore Drive, Ames, Iowa, remaining after the closing costs and satisfaction of any and all obligations owed to Community Business Lenders Service Company, LLC, on the aforesaid property.

The Trustee believes that this settlement is fair and reasonable and is in the best interest of the Bankruptcy estate taking into consideration the risk, cost, and delay of further litigation.

NOTICE IS HEREBY GIVEN, any objections thereto must be served on the undersigned Trustee at the address below; the United States Trustee at 210 Walnut Street, Room 793, Des Moines, Iowa 50309; the Debtors; and Debtors' counsel. Any objection must be filed with the Clerk of the Bankruptcy Court at 111 Locust Street, Office 320, Des Moines, Iowa 50309 within 21 days of the date of this notice and motion.

/s/ Charles Smith
Charles Smith, Trustee, AT0007415
Telpner Peterson Law Firm, LLP
25 Main Place, Suite 200
Council Bluffs, IA 51503
Telephone: (712) 325-9000
Facsimile: (712) 328-1946
E-mail: csmith@telpnerlaw.com